Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

United States Courts
Southern District of Texas
FILED
APR 29 2020
David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
for the
__Southern__ District of __Texas__

__Houston__ Division

Marcquisse Vaughn Craig
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

ARAMARK
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Marcause Dowahm Craig
   All other names by which you have been known:
   ID Number: 02975308
   Current Institution: Harris County Jail
   Address: 1200 Baker St.
   Houston, Texas 77002
   City / State / Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: ARamark
   Job or Title (if known): ARamark
   Shield Number:
   Employer:
   Address: 2402 Market St.
   Philadelphia, PA 19103
   City / State / Zip Code
   [X] Individual capacity  [ ] Official capacity

   Defendant No. 2
   Name:
   Job or Title (if known):
   Shield Number:
   Employer:
   Address:
   City / State / Zip Code
   [ ] Individual capacity  [ ] Official capacity

Defendant No. 3
Name
Job or Title *(if known)*
Shield Number
Employer
Address

| City | State | Zip Code |

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
Name
Job or Title *(if known)*
Shield Number
Employer
Address

| City | State | Zip Code |

☐ Individual capacity    ☐ Official capacity

II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Human Rights

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*Violation of HandBook*

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

*I Havent Recieved the proper Neetrients of 2,600 Calories*

Page 4 of 11

C. What date and approximate time did the events giving rise to your claim(s) occur?

6/4/19

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I Have Been Eatn food that isn't on the menu, And my Diet Doesn't Serve 2,600 Which is in the HandBook of Harris County Jail

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I Have Sufferd Hunger, And Also loose weight on and off

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want Relief for Suffering And I want A payment that is Decent


Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Harris County Jail

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

    SF1, Also GC1 of Harris County Jail

2. What did you claim in your grievance?

    Violation of Nootrition from HeartBroll, And Human Rights

3. What was the result, if any?

    No Change It even got Worse, And Retaliation Also

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

    No, the Officials Wont Help me Anymore And wont provide Info

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I Have A Petition Also Uncomplete Grievances

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? Yes False Incarceration, And Mental Anguish

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

  1. Parties to the previous lawsuit
     Plaintiff(s) Marcquise Douaolohn Craig
     Defendant(s) HerB Ritchie, lourdes Rodriguez, Corey Goodman

  2. Court *(if federal court, name the district; if state court, name the county and State)*

     337, Harris County Jail 1201 Franklin St Houston tx 77002

  3. Docket or index number
     N|A

  4. Name of Judge assigned to your case
     N|A

  5. Approximate date of filing lawsuit
     4|14|20

  6. Is the case still pending?
     ☑ Yes
     ☐ No
     If no, give the approximate date of disposition _____

  7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

     Awaiting

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Sorry / 4/23/20

Signature of Plaintiff: Marcquise Dervaughn Craig
Printed Name of Plaintiff: Marcquise Dervaughn Craig
Prison Identification #: 02978308
Prison Address: Harris County Jail
Houston, Texas, 77002
City / State / Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code
Telephone Number: _____
E-mail Address: _____

(Petition) 3/12/2020 5-1 Louise Craig

is A Petition Because of Aramark Has Violated Rules of Rights, our [tray]s Do not meet the 2,600 Calorie mark And It Has only Got worse [There]s no Real food only Starch And most Bread, the Dinners Been Served At [break]fast And lunch for Dinner, the trays Are missing Items And Slots Are [sea]led up. This is Damage to our Health, And is InHuman And It is time [to tak]e Action. Because Rights And Health I take Serious, / Notice! The Authority's will not Help us, So I'm Goin Public!

Louise Craig #02243308

Tower

Anthony Dunn Ross 839
Charles Lane #01199484
Steven Bounds #01228493
Mike Bueno 750
Barron Boyington #470907
Terrance Stevens #705
Roy Davenport #186
Michael Matthew #107
John 01758563    Timothy Zamora #249
Corey Johnson
James Davis #230
Jesse Rodriguez #015
Jason Rosco #539
E. Brown

Erick Moreno    Roberto Carlos CS 693
el Castro
787

## GRIEVANCE RECEIPT
## INMATE GRIEVANCE BOARD
### 1200

To:      **MARCQUISE        CRAIG**              Grievance Received      2/13/2020
SPN#   2975308

From: Inmate Grievance Board

Ref:   GRIEVANCE #    31520
       INMATE SERVICES DIVISION

---

The Inmate Grievance Board has received a grievance from Inmate
MARCQUISE    CRAIG

Upon completion of your investigation, check the appropriate finding and provide the Inmate with this Grievance Receipt.

---

I have investigated this grievance and determined it to be:

____Unfounded          ____Founded/Resolved           ____Founded/Unresolved

____ATW/TDC                  ____OIG/IAD or Bureau Investigation

# Grievance Receipt
# Inmate Copy

Grievances with an Unfounded or Founded/Resolved determination may be appealed to the Grievance Board. Appeals must be in writing and submitted within (5) five working days of the investigating supervisor's decision (excluding holidays).

Grievance Receipt was Delivered to Inmate    CRAIG              on Date: ___/___/___

Supervisor's printed name: _E ONWUBIKO_____

Supervisor's Signature: _____   Date: 2/22/20

# GRIEVANCE RECEIPT
## INMATE GRIEVANCE BOARD
### 1200

To: **MARCQUISE        CRAIG**              Grievance Received    2/24/2020
   SPN#  2975308

From: Inmate Grievance Board

Ref:  GRIEVANCE #    31701
      1200 HOUSING DIVISION/1200 JAIL

---

The Inmate Grievance Board has received a grievance from Inmate
MARCQUISE    CRAIG

Upon completion of your investigation, check the appropriate finding and provide the Inmate with this Grievance Receipt.

---

I have investigated this grievance and determined it to be:

___Unfounded              ___Founded/Resolved              ___Founded/Unresolved

___ATW/TDC                ___OIG/IAD or Bureau Investigation

# Grievance Receipt
# Inmate Copy

Grievances with an Unfounded or Founded/Resolved determination may be appealed to the Grievance Board. Appeals must be in writing and submitted within (5) five working days of the investigating supervisor's decision (excluding holidays).

Grievance Receipt was Delivered to Inmate   CRAIG                on Date:  3 / 5 /20

---

Supervisor's printed name: _Loughman_
Supervisor's Signature: _____                          Date: 3 / 5 /20

## INMATE GRIEVANCE BOARD

# GRIEVANCE RECEIPT

TO: INMATE  CRAIG              MARCQUISE

SPN# 2975308                         Cell Block: 6C1 05G

This is your notification, as required by the Texas Commission on Jail Standards that your grievance was received on 3/27/2020 and filed as grievance # 32219
This grievance is in reference to  1200 HOUSING DIVISION/1200 JA

At this time, your grievance is under investigation.

Please do not file any further grievances in reference to this matter.

Grievance Board Member    BDSHELTON                              3/27/2020

*INMATE GRIEVANCE BOARD*

# GRIEVANCE RECEIPT

TO: INMATE   CRAIG            MARCQUISE

SPN# 2975308                              Cell Block: 5F1 02C

This is your notification, as required by the Texas Commission on Jail Standards that your grievance was received on *2/13/2020*   and filed as grievance # *31520*
This grievance is in reference to    INMATE SERVICES DIVISION

At this time, your grievance is under investigation.
Please do not file any further grievances in reference to this matter.

Grievance Board Member   TAGBOGUN                                       2/13/2020

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**

Name: Marcuise Darrich Crim
SPN: 02875808 Cell: 6A
Street: 700 Baker St
HOUSTON, TEXAS 77002

aramark

INDIGENT

David S. Bradley
P.O. Box 61010
Houston, Texas 77208



U.S. POSTAGE >> PITNEY BOWES
ZIP 77002 $ 001.60°
02 4W
0000368784 APR 27 2020